**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

**Plaintiff(s):** LARRY MAURICE BANKS  **Defendant(s):** DR. ABRAHAM, etc.

**County of Residence:** KANE  **County of Residence:**

**Plaintiff's Address:**
Larry Maurice Banks
Elgin Mental Health Center
750 South State Street
Elgin, IL 60123

**Defendant's Attorney:**
Chief of Criminal Appeals
Illinois Attorney General's Office
100 West Randolph - 12th Floor
Chicago, IL 60601

**Basis of Jurisdiction:**
[ ] 1. U.S. Government Plaintiff
[ ] 2. U.S. Government Defendant
[✓] 3. Federal Question (U.S. gov't. not a party)
[ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

08CV 2468
JUDGE HIBBLER
MAGISTRATE JUDGE MASON

**Origin:**
[✓] 1. Original Proceeding
[ ] 2. Removed From State Court
[ ] 3. Remanded From Appellate Court
[ ] 4. Reinstated or Reopened
[ ] 5. Transferred From Other District
[ ] 6. MultiDistrict Litigation
[ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 530 Habeas general

**Cause of Action:** 28:2241

**Jury Demand:** [ ] Yes  [✓] No

**Signature:** Q. E. Woodham   **Date:** 04/30/2008

FILED
APR 3 0 2008
Apr 30 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT