**F I L E D**
May 23, 2008
MAY 2 3 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States District Court
Northern District Of Illinois
Eastern Division

Larry Maurice Banks, Inc.,              )
                     Plaintiff,         )     Case No. 08 CV 2468
                               )
        v.                              )     Judge Hebbler
                               )
    Dr. Ibraham                      )
                Respondent.     )
                               )

---

## NOTICE OF FILING

TO:

     Lisa Madigan
     Illinois Attorney general's Officer
     100 west Randolph Street
     Chicago, Il 60601

     Please take notice that the undersigned has caused to be filed this 16 day of May BC
2008, the following documents in the above-captioned case with the United States
District Court, Northern District of Illinois, Eastern Division copies of which are
herewith provided.

     1.  Motion To Supplement For Writ Of Habeas Corpus
     2.  Notice Of Filing

Larry Maurice Banks, Inc.                    5-16-08
Larry Maurice Banks                               Date

**In The United States District Court
Northern District Eastern Division**

FILED

May 23, 2008
MAY 2 3 2008 MB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

Larry M. Banks

        Plaintiff

  Vs

Dr. Ibraham

        Respondent

Case No. 08 cv 2468

Judge: Hebbler

### Motion to supplement for Writ of Habeas Corpus

Comes now the Plaintiff, Larry Maurice Banks, and submits the following to wit a

motion to supplement petition for Writ of Habeas Corpus. The plaintiff is adding exhibit (I)

Motion for Leave to File a Petition for an Original Writ of Habeas Corpus; Exhibit (J)

Supplement to motion for leave to file petition for writ of habeas corpus; Exhibit (K) preliminary

hearing proceedings; Exhibit (L) Prisoner Data Sheet; Exhibit (M) Court sheets.

Respectfully Submitted,

Larry Maurice Banks, Inc



1 0 5 5 1 4

__ARTICLE III__

## IN THE SUPREME COURT OF ILLINOIS

:LARRY:MAURICE:BANKS, INC ©™ 881296
Plaintiff

Vs.

People of the State Of Illinois
Raul Amazar D/B/A
Elgin Mental Health Director
Sheriff Tom Dart;
R.O. R. Ward #9283;
R.O. N Lorez #3544;
Detective Segers #20116;
Detective: Michael A Adams #20737)
Defendants

Cause No: 06CR-2566601
Date: 10/12/2007

## MOTION FO LEAVE TO FILE A PETITION FOR AN ORIGINAL WRIT OF HABEAS CORPUS

Comes now :LARRY:MAURICE:BANKS©™ and submits the following to the Supreme Court of Illinois Motion for Leave to File a Petition for a Original Writ of Habeas Corpus. The Petitioner is seeking leave to file the "Writ of Habeas Corpus" in the Supreme Court of Illinois.

**FILED** ⁰¹

OCT 1 9 2007

CHICAGO
SUPREME COURT CLERK

Respectfully Submitted,

:LARRY:MAURICE:BANKS ©™

:LARRY:MAURICE:BANKS©™
SECURED PARTY
:NAYYA:YUSUF:MALIK:EL©™



**ARTICLE III**

# IN THE SUPREME COURT OF ILLINOIS

:LARRY:MAURICE:BANKS, INC ©™ 881296
Petitioner

Vs.

People of the State Of Illinois
Raul Amazar D/B/A
Elgin Mental Health Director
Sheriff Tom Dart;
R.O. R. Ward #9283;
R.O. N Lorez #3544;
Detective: Segers #20116;                     Date: 10/12/2007
Detective: Michael A Adams #20737)            Cause No: 06CR-2566601
                                              Judge Lacey

Defendants

### Petition for Writ Habeas Corpus

Comes now :LARRY:MAURICE:BANKS, INC ©™,  Pro'se pursuant to Illinois

Constitution 1970 Article 1 section 9, and respectfully move this honorable court for a

Writ of Habeas Corpus and in support thereof the petitioner would set fourth the

following to writ:

1.) That he is presently being illegally restrained of his life, liberty, property by the
    County of Cook State of Illinois on the cause of a bare boned affidavit not sworn
    to by the arresting officer who state that the petitioner violated statutory provision
    § 12-4. (A)(1) Aggravated Battery: on the above date and time of 10/26/06. The

above detectives Segers #20116, Michael #20737 violated the petitioner :LARRY:MAURICE:BANKS, INC rights by submitting (1) bare boned affidavit of complaint which states no facts, in the statement of facts, it just state the general statutory reference, and no affirmative allegations that affiants spoke with personal knowledge of the facts that the defendant committed the crime. The above police reports are attached as exhibit (A).

2.) That this is petitioner first application for a Writ of Habeas Corpus in this court.

3.) That the following is in good faith pursuant to the penalties of perjury to the best of petitioner knowledge information and belief.

4.) That an alleged probable cause determination hearing was conducted on or around the 7th day of Nov, 2006 and petitioners rights were violated on the grounds that he wasn't able to confront the witness against him, the right to call witnesses on his behalf, (Ex prate proceeding was held were defendant wasn't represented by effective counsel); which the people of Illinois failed to show probable cause for the petitioner illegal restraints of his person. Aggravated Battery 720 ACTS SECTION 12-4 (A)(1) to wit: Aggravated battery with firearm being that petitioner was denied the standard rights, due process and equal protection which are clearly established by the Constitution of the United States.

## GROUNDS FOR RELIEF

The Petitioner contends that the detectives in this cause simply inserted his name into a previously prepared form complaint or affidavit which contained a general description of the crime; and that they submitted the form complaint to the Magistrate Judge as the sole evidence supporting the issuance of the warrant. The petitioner argues that the warrant therefore fail to meet minimal constitutional standards under well established Supreme Court case law....U.S. VS Weaver, 99F.3d 1372, 1380-81, 1996 Fed App. 354 P(6th cir 1996); U.S. Vs Wilhelm 80 F.3d 116, 121-23 (4th cir 1996); U.S. Vs Dequasie, 244 F. Supp.2d 651, 655-68 (S.D.W.VA 2003); People Vs Banuelas, 17 cal. Rptr. 2d 56, 62-63   (App.5th Dist.1993) U.S. Vs Fields, 182 F. Supp. 2d 575, 478-80 (E.D. Tex. 2002); U.S. Vs Callazo, 12 cal Rptr, 2d 842, 844-48 (App.2d Dist 1992);

continue...That all evidence seized thereof should be suppressed and that said detective violated petitioner clearly established right.

The Fourth Amendment provides that no warrant shall issue, but upon probable cause, supported by oath and affirmation; made particularly describing the place to be search, and the person or things to be seized. See: U.S.C.A. Constitution Amendment (4th). The probable cause determination must be made by a neutral magistrate in order to insure the deliberate, impartial judgment of judicial officer will be interposed between the citizen and the police, to asses the weight and credibility of the information, which the complaining officer adduces as probable cause. Wong sun Vs United States, 371 U.S. 471, 481-482, 83 S.ct. 407, 9 L.Ed 2d 441 (1963) Rakas vs. Illinois, 439 U.S. 128, 99 S.ct. 421, 58 L.Ed.2d 387(1978); U.S. Vs. Ho 94 F.3d. 932, 938(5th cir 1996) U.S. Vs. Leon 468 U.S. 897, 916, 104 S.ct. 3405, 82 L.Ed.2d 677 (1984); U.S. Vs. Shelton, 742 F.Supp. 1491, 1449(d.wyo 1990).

The petitioner contends that the records in this case reveal that the only evidence offered to the magistrate judge to show probable cause consisted of one bare boned complaint allegedly presented to the Magistrate Judge signed Detective Seiger #20116, Detective Reid #07106, The complaint set forth the name of the offense, and the statutory reference, They further reads:

## Affidavit of Information

Quintin Hampton
Plaintiff
 Vs.
LARRY:MAURICE:BANKS, INC ©™
Defendant

Aggravated Battery

Date of Offense 10/26/06

Statement of the case. Without legal justification cause bodily harm to Quintin Hampton to wit: Shot Quintin Hampton about the shoulder.

In violation of chapter 720 Act 5 section 12-4. (a)(1) Of the Illinois complied statues, as amended.

Sworn to and subscribed before me 26th day of Oct 2006

Magistrate Judge/Clerk

The complaint set fourth the relevant crime in general terms it refers to the petitioner, and says petitioner committed the crime, but nowhere does it indicate how detective Segers #20116, know or why Detective Segers #20116, believes, that petitioner committed the crime.

U.S. Supreme court has made it known that affidavit of this kind does not meet minimum constitution standards U.S. Vs. Mckeever,906 F.2d 129, 131-32 (5th cir 1990); U.S. Vs. Restrepo, 966 F.2d 964, 971 (5th cir. 1992); U.S. Vs. Shamaeizadeh, 80 F.3d 1131, 1136, 1996 Fed app. 115 P(6th cir, 1996).

The U.S. Supreme court has made it clear that affidavit of complaints of this kind do not provide sufficient support for the issuance of an arrest warrant in Giordenello Vs.

United States, 357 U.S. 480, 486, 78, S.ct.1245, 2 L.Ed 2d 1503 (1958); which involved a

federal prosecution, the court found that complaint identical in all material respect

contained in Rule 4 of the Federal rules of Criminal Procedure, because it contained no

affirmative allegations that the affiant spoke with personal knowledge of the matters

contained therein, failed to indicate any sources for the complaints belief, and neglected

to set fourth any other sufficient basis upon which a finding of probable cause could be

made.

 

For these reasons, the magistrate could not assess independently the probability

that the petitioner committed the crime charge: 357 U.S. a 487, 78 S.ct. 1245, Aguilar vs.

Texas charged: 357 U.S. at 487, 78 S.Ct. 1509, 13 L.ed. 2d 723 (1904); Illinois vs. Gates,

462 U.S. 213, 230, 103 S.ct. 1509, 13 L.ed. 2d 527 (1983); Whitley vs. Warden, Wyo

state penitentiary 401 U.S. 560 91 S.ct. 1301, 28 L.ed. 2d 360 (1971); Arizona vs. Evans,

514 U.S. 1, 13, 115 S.ct. 1185, 131 L.ed. 2d 84 (1995) Rule 4 Federal Rules of Criminal

Procedure rule 41(c). See exhibit (b) Preliminary Transcripts page 5, 6, 7.

Further Petitioner contends that 725 ILCS 5/107-9 is unconstitutional, and the case of the

following invites the following: Illinois Vs. Krull, 480 U.S. 340, 107 S.ct. 1160, 94

L.e.2d 364 (1987) public act 89-362, public act 89-363 expressly excluding that probable

cause be shown in the affidavit of complaint is unconstitutional void, vague, and

ambiguous; it invites arbitrary and discriminatory enforcement in the instant case. The

defendant is being charged with multiplitious counts and duplicitous counts which came

from the original charge instrument. See Affidavit

Wherefore premises considered, the petitioner prays.

1) That the great writ shall, issue, commanding the respondents to show cause for your petitioner illegal arrest.

2) That all tangible evidence be suppressed pursuant to said unlawful arrest and prohibited from seeking of an indictment or subsequent trial of the cause.

It is so prayed!!

Respectfully Submitted,

;LARRY:MAURICE:BANKS©™
:LARRY:MAURICE:BANKS ©™, INC



**ARTICLE III**

---

## IN THE SUPREME COURT OF ILLINOIS

:LARRY:MAURICE:BANKS, INC ©™ 881296
Plaintiff

Vs.

People of the State Of Illinois
Raul Amazar D/B/A
Elgin Mental Health Director
Sheriff Tom Dart;
R.O. R. Ward #9283;
R.O. N Lorez #3544;
Detective Segers #20116;
Detective: Michael A Adams #20737)
Defendants

Cause No: 06CR-2566601
Date: 10/12/2007

### SWORN AFFIDAVIT

I the Petitioner :LARRY:MAURICE:BANKS©™ affirm that everything in the

WRIT OF HABEAS CORPUS and every document attached herein is true and

correct to the best of my knowledge, information, and belief. I affirm under the

Penalty of Perjury as of the Date of October 5, 2007.

Respectfully Submitted,

*:LARRY:MAURICE:BANKS ©™*
:LARRY:MAURICE:BANKS©™



**ARTICLE III** _____

## IN THE SUPREME COURT OF ILLINOIS

:LARRY:MAURICE:BANKS, INC ©™ 881296
Plaintiff

Vs.

People of the State Of Illinois
Raul Amazar D/B/A
Elgin Mental Health Director
Sheriff Tom Dart;
R.O. R. Ward #9283;
R.O. N Lorez #3544;
Detective Segers #20116;
Detective: Michael A Adams #20737)          Cause No: 06CR-2566601
Defendants                                        Date: 10/12/2007

### CERTIFICATE OF SERVICE

Comes now :LARRY:MAURICE:BANKS©™, INC Pro'se pursuant to the

Illinois Constitution article 1 section 9 and respectfully moved this honorable court

and submits that the following individuals have received copies.

1.) State Attorney Office
    Richard J Daley Center
    Chicago, Illinois 60601

Hon. Robert R Torras
1776 S. Naperville Rd. Blg A 207
Wheaton, Illinois 60687

2.) Attorney General Office
    100 West Randolph Street 12th Floor
    Chicago, Ill 60601

Hon. Thomas L. Kilbride
1819 4th Ave
Rock Island, Illinois 61201

3.) Clerk of the Supreme Court
    First District Office
    160 N. Lasalle St.
    Chicago, Ill 60601

Hon. Lloyd A Karmeier
1100 S. Mill Street
P.O. Box 266
Nashville, Illinois 62263

4.) Elgin Mental Health Center
    750 S. State Street
    Elgin, Illinois 60123

Hon. Rita B. Garman
3607 N. Vermilion Suite 1
Danville, Illinois 61832

Respectfully Submitted,

:LARRY:MAURICE:BANKS©™

EXHIBIT(J)

**ORIGINAL**



**ARTICLE III**

105514

## IN THE SUPREME COURT OF ILLINOIS

:LARRY:MAURICE:BANKS, INC ©™ 881296
Plaintiff

Vs.

People of the State Of Illinois
Raul Amazar D/B/A
Elgin Mental Health Director
Sheriff Tom Dart;
R.O. R. Ward #9283;
R.O. N Lorez #3544;
Detective: Segers #20116;
Detective: Michael A Adams #20737)

Date: 10/26/2007
Cause No: 06CR-2566601
Judge Lacey

Defendants

*allow    The Court*

### Motion to supplement Petition for Writ of Habeas Corpus Article X

Comes now the Plaintiff :LARRY:MAURICE:BANKS and submits the following

to wit a Motion to supplement petition for Writ of Habeas Corpus Article X. The Plaintiff

is adding exhibit (a) police report, supplementary report, and police narratives.

Respectfully Submitted,

:LARRY:MAURICE:BANKS ©™
:LARRY:MAURICE:BANKS

**FILED**⁰²

NOV - 8 2007

CHICAGO
SUPREME COURT CLERK

SUPREME COURT of Illinois
SUPREME COURT BUILDING
CHICAGO IL, 60601


Banks vs People case no. 105514
    Case No. 105514



Notice of filing

    NOW COMES LARRY MAURICE BANKS, Pro se and Submits That He filed A "Motion To Supplement for Writ of Habeas Corpus, & A Motion To direct the Circuit Court to Provide Copies of The Affidavit of Complaint." THE Plaintiff MAKE Notice of filing To THE Illinois Supreme Court Clerk Office in chicago.


                              Respectfully Submitted

# ORIGINAL





**ARTICLE III**

## 105514

# IN THE SUPREME COURT OF ILLINOIS

:LARRY:MAURICE:BANKS, INC ©™ 881296
Plaintiff

Vs.

People of the State Of Illinois
Raul Amazar D/B/A
Elgin Mental Health Director
Sheriff Tom Dart;
R.O. R. Ward #9283;
R.O. N Lorez #3544;
Detective: Segers #20116;
Detective: Michael A Adams #20737)

Date: 10/26/2007
Cause No: 06CR-2566601
Judge Lacey

Defendants

*allow The Court*

## Motion to supplement Petition for Writ of Habeas Corpus Article X

Comes now the Plaintiff :LARRY:MAURICE:BANKS and submits the following

to wit a Motion to supplement petition for Writ of Habeas Corpus Article X. The Plaintiff

is adding exhibit (a) police report, supplementary report, and police narratives.

Respectfully Submitted,

*:LARRY:MAURICE:BANKS©*
:LARRY:MAURICE:BANKS

# FILED[02]

NOV - 8 2007

CHICAGO
SUPREME COURT CLERK

SUPREME COURT OF ILLINOIS
SUPREME COURT BUILDING
CHICAGO IL, 60601

Banks vs People case no. 105514
    Case No. 105514

## Notice of filing

Now comes LARRY MAURICE BANKS, Pro se and submits That he filed A "Motion To Supplement For Writ of Habeas Corpus, & A Motion To direct the Circuit court to provide copies of the Affidavit of complaint." THE Plaintiff MAKE Notice of filing To THE ILLinoiS SUPReMe COURT CLERK office in Chicago.

Respectfully submitted
Larry Maurice Banks

Nov, 5, 2007

SUPREME COURT OF ILLINOIS

BANKS VS PEOPLE
Case No. 105514

## Proof of Service

Now Comes LARRY MAURICE BANKS Proise & submits
That a TRUE & correct copy of The following Motion
were sent to THE clerk of THE ILLinois Supreme court
Clerk. THE following Motions were sent oct 29, 2007
THE Motion were Motion For Writ of HABeas corpus &
Motion To direct THE circuit court to provide copies
of Affidavit of Complaint. THE Plaintiff States THE Proof
of service was sent off on NOV 5, 2007 To THE office
First District office 20th Floor 1600 N. LASALLE St.
CHicago 60601

RESPectfully SuBmitted

SUP EME COURT OF ILL JOIS

Banks vs People
   Case no. 16 5514

# ORDER

Now comes **LARRY MAURICE BANKS** Pro'se and
Submits THE Following To WiT; ORDER. THE Plaintiff
SEEKS For THE **Supreme court of Illinois** To order
THE CIRCUIT court of ILLINOIS To TURN OVER Document
(s) That NEEDED To SetForTh THE Plaintiff Legal **AGRument**
Such as THE Preliminery Hearing Transcripts of **Nov 7**
2006 & The original CharGE Instrument, "Affidavit
of Complaint These Document are Need To Show THE
Plaintiff AGRument & To Show The Constitutionality
OF THE People OF THE STATE OF ILLINOIS case 06 CR —
25666o1.

RESPECTfully SUBmitteD
Larry maurice Banks inc

No. 105514

IN THE

SUPREME COURT OF ILLINOIS

Larry Maurice Banks,     )
             )
   Petitioner     )   Motion by petitioner for leave to file
             )   petition for writ of habeas corpus
   v.         )
             )   From the Circuit Court of Cook County,
People State of Illinois, Raul Amazar )   Case No. 06CR25666
d/b/a Elgin Mental Health Director,  )
Sheriff Tom Dart, R.O. R. Ward #9283, )
R.O. N. Lorez #3544, Detective Segers )
#20116, and Detective Michael A. Adams )
#20737,         )
             )
   Respondents    )

ORDER

This cause coming to be heard on the motion by petitioner, pro se, to supplement the

motion for leave to file petition for writ of habeas corpus, proper notice having been served, and

the Court being fully advised in the premises:

IT IS HEREBY ORDERED that the motion is allowed/denied.

ENTER:

_____

Justice

SUPREME COURT OF ILLINOIS

Banks vs People
Case no. 105514

## Proof of Service

Now Comes LARRY MAURICE BANKS Pro'se & submits
That a TRUE & correct copy of The following Motion
were sent to THE Clerk of THE ILLinois supreme court
Clerk. THE following Motions were sent Oct 29, 2007
The Motion were Motion For Writ of HABeas Corpus &
Motion To direct THE circuit court to provide copies
of Affidavit of Complaint. THE Plaintiff states THE Proof
of Service was sent off on NOV 5, 2007 To THE office
First District office 20th Floor 1600 N. LASALLE St.
CHicago 60601

Respectfully submitted

Larry Maurice Banks

Nov 3, 2008

SUP 2ME COURT OF ILL JOIS

Banks vs People
    Case no. 105514

i

## ORDER

Now comes LARRY MAURICE BANKS Pro'se and
Submits THE Following To WIT; ORDER. THE PLaintiFF
SEEKS FoR THE SuPreMe couFT of ILLinois To order
The CiRcuit couFT of ILLinois To TuRN ouer Document
(S) TRat NEEDED To SetforTh THE Plaintiff LEGal AGRument
Such as THE PreliminERY Hearing Transcripts of Nov 7
2006 & THE original CharGE Instrument, " Affidavit
of Complaint These Document are NeeD To show THE
Plaintiff AGRument & To show The Constitutionality
oF THE People oF THE STATE OF ILLinois case 06 cr-
8566601.

RESPECTFulLy SuBmitTED
Larry maurice Banks insa

No. 105514

IN THE

SUPREME COURT OF ILLINOIS

Larry Maurice Banks,                        )
                                            )
    Petitioner                          )        Motion by petitioner for leave to file
                                            )        petition for writ of habeas corpus
    v.                                  )
                                            )        From the Circuit Court of Cook County,
People State of Illinois, Raul Amazar       )        Case No. 06CR25666
d/b/a Elgin Mental Health Director,         )
Sheriff Tom Dart, R.O. R. Ward #9283,       )
R.O. N. Lorez #3544, Detective Segers       )
#20116, and Detective Michael A. Adams      )
#20737,                                     )
                                            )
    Respondents                         )

ORDER

    This cause coming to be heard on the motion by petitioner, pro se, to supplement the

motion for leave to file petition for writ of habeas corpus, proper notice having been served, and

the Court being fully advised in the premises:

    IT IS HEREBY ORDERED that the motion is allowed/denied.

                       ENTER:

                       _____
                       Justice

THE PEOPLE OF THE STATE OF ILLINOIS VS.

CASE NO. 06 CR 25666 C1

| DATE | PAPERS FILED |
|------|--------------|
| | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | PRES. JUDGE ASSIGNMENT DATE: _____ |
| | BAIL PREVIOUSLY SET $ |
| | *Larry Bonk* |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| | | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE _____ |
| 11-8-07 | Levey | DMH/ O/C 2-15-08 |
| 2-15-08 | Levey | DPP BA 2-26-08 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(Rev. 4/2/01) CCCR 0605 A                                        (OVER)

THE PEOPLE OF THE STATE OF ILLINOIS

Case No. _____ 06 CR 25666

v.

Larry Banks

| DATE | PAPERS FILED |
|------|-------------|
| | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | PRES. JUDGE ASSIGNMENT DATE: |
| | BAIL PREVIOUSLY SET $ |
| | |
| | |
| | |
| | |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| | | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE |
| 10/2/07 | CLERK'S OFFICE | NOTICE OF APPEAL FILED |
| | | |
| 10/09/2007 | | NOTICE OF APPEAL MAILED |
| | | APPELLATE HEARING DATE ASSIGNED BEFORE |
| | | PRESIDING JUDGE  OCT 1 2 2007 |
| | | |
| 10/12/2007 | PAUL P. BIEBEL JR. | ☐ STATE APPELLATE DEFENDER |
| | | ☑ PUBLIC DEFENDER |
| | | ☐ OTHER |
| | | APPOINTED TO REPRESENT THE DEFENDANT ON THE APPEAL |
| | | ☑ FREE REPORT OF PROCEEDINGS, ALLOWED |

| | JUDGE | ORDERS ENTERED |
|---|---|---|

| | | to file a mtn for discharge hearing denied |
|---|---|---|
| 7-19-07 | Clerks off | Motion - Discharge hearing Lacy 7-25-07 |
| 7-25-07 | Lucy | Def Pres Motion Stricken OO 9-24-07 |
| | | OVP Petition for Writ of Habeas Corp. is Denied Motion for Trial + Bonscript denied O/C 9/24/07 |

FILED
CR-5-12
CV 0-11
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY

(Rev. 4/02/01) CCCR 0605 B

| JUDGE | | ORDERS ENTERED |
|---|---|---|
| | | to file an mtn for discharge hearing denied 6/0 |
| 7-19-07 | Clerks off | Motion - Discharge hearing Lacy 7-25-07 |
| 7-25-07 | Lucy | Def Pres Motion Stricken Off 9-24-07 |
| 9/12/07 | Lacy | (NP) Petition for writ of Habeas Corp. is Denied Motion for trial + transcript denied o/c 9/24/07 |
| 9/13/07 | Clerks Ofc | Sent denial ltr to "Dat Elgin Mental Health Center" copy of this 1/2 sheet. |
| 9-24-07 | Lacey | DMH NP o/c 10-29-07 |
| 9-27-07 | Clerks off | Motion - Reconsideration on dismiss of writ of habeas corpus Lacy 10-2-07 |
| 10-2-07 | Lacy | c DMH - Motion for Reconsider or Dismiss writ of Habeas Corpus Denied o/c 10-25-07 |
| 10-16-07 | Lacy | c DMH o/c 10-29-07 BA 11-8-07 |

(Rev. 4/02/01) CCCR 0605 B

PEOPLE OF THE STATE OF ILLINOIS VS.    CASE NO. 05CR0256666

| DATE | PAPERS FILED |
|------|-------------|
| | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | PRES. JUDGE ASSIGNMENT DATE: _____ |
| | BAIL PREVIOUSLY SET $ _____ |
| | *Larry Bank* |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| | | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE _____ |
| 6-26-07 | Lecy | ① Tran fer to Judge *Righled for Jury* |
| 06/26/07 | Lamphin | Transfer to Judge Coghlan instanter |
| 6-26-07 | Coghlan | ① Jury Hearing Jury select State calls DA Cooper, st rests ∆ rests argument Jury Return Verdict ∆ unfit to stand trial and unable to determine if be can be fit w/In a year ∆ ordered to undergo treatment for 6-27-07 stat |
| 6-27-07 | Coghlan | ① ∆ Remanded to Dept. human service inpatient 6/ C 9-24-07 status ∆ request |

(Rev. 4/2/01) CCCR 0605 A

(OVER)

...E OF THE STATE OF ILLINOIS VS.   CASE NO. _____

| DATE | PAPERS FILED |
|------|--------------|
|  | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
|  | PRES. JUDGE ASSIGNMENT DATE: _____ |
|  | BAIL PREVIOUSLY SET $ |
|  |  |
|  |  |
|  |  |
|  |  |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
|  |  | NO ARRAIGNMENT |
|  |  | ASSIGNED TO JUDGE _____ |
| 5/18/07 | Darcy | *(handwritten order)* |
|  |  |  |
| 5/25/07 | Garner | J. Lacy fitness |
| 5-25-07 | Lacy | DNC   B/D 6/26/07 W/T Jury |
|  |  |  |
|  |  |  |

(Rev. 4/2/01) CCCR 0605 A                                    (OVER)

**JUDGE**          **ORDERS ENTERED**

| | | |
|---|---|---|
| JUDGE THOMAS M. DAVY | JAN 1 7 2007 | (c) BCX not complete, need additional time. Clerk to tender copy of charging document to Δ. Δ's request for discovery denied at this time pending determination of fitness. O/C 2/27/07 term does not run because of issue of fitness |
| JUDGE THOMAS M. DAVY | FEB 2 7 2007 | (c) BCX not done because Δ did not cooperate with forensics. Δ still uncooperative. O/C 4/10/07 Δ files mot. for dismissal, for violation of 4th & 14th Amendment. Ct. req. for type copy of transcript to be sent to forensics |
| 7-2-07 | Davy | (c) N/C, mot. to adv. from 4-10-07 ct ordered Δ opinion on future material & forensic mat. 4-10-07 |
| JUDGE THOMAS M. DAVY | APR 1 0 2007 | (c) Δ engaged in colloquy Δ filed motions Δ ready for trial Ct. still has bona fide doubt as to Δ's fitness. Transcript & other material to be sent to forensic for Δ opinion O/C 5/8/07 for eval. |

E OF THE STATE OF ILLINOIS VS.

06CR2566601

LARRY        BANKS

| DATE | PAPERS FILED |
|------|-------------|
| NOV 1 4 2006 | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | PRES. JUDGE ASSIGNMENT DATE: __NOV 2 9 2006__ |
| | BAIL PREVIOUSLY SET $ |
| | |
| | |
| | |
| | |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| | | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE _Stewart_ 12-6 |
| 11-30-06 | CLERK | MOTION FILED |
| Judge Victoria A. Stewart - 1635 DEC 0 6 2006 | | CP P'NT's SFom &A 9ct MM 1/11/07 MD TR PJ Cont 12/15/06 |
| 12-15-06 | Biebel | J. Davy 12-22-06 |
| 12/22/06 | Wadeowski | (C) Δ to be allowed to represent himself conditionally. BCX ordered as to Δ's fitness to stand trial and Δ's ability to represent himself. Δ's request for standby counsel - Denied - Δ files writ of coram nobis MD 1/17/07 |
| 1-8-07 | CLERK | MOTION FILED BY DEF. |

STATE OF ILLINOIS )
) SS
COUNTY OF COOK )

### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### CRIMINAL DIVISION

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS,<br>    Respondent, Appellee | ) |
| | ) |
| | ) |
| -vs- | ) |
| | )     No. 06 CR 25666. |
| LARRY BANKS,<br>    Petitioner, Appellant | ) |
| | ) |
| | ) |
| | ) |

**WHEREAS:**    On October 2, 2007, a notice of appeal having been filed in the above named case from a final judgment order entered against defendant on October 2, 2007,

### IT IS HEREBY ORDERED:

**ENTERED**
TIME:_____ ___PM
OCT 1 2 2007
Judge_____
Deputy Clerk Signature

The **Cook County Public Defender's Office** is appointed to represent defendant on appeal.  Free report of proceedings is allowed.

The Clerk of the Circuit Court is directed to transmit the notice of appeal to the Clerk of the Appellate Court and to notify appointed counsel of its appointment.

ENTERED

_Paul P Biebel_ 1688
JUDGE PAUL P. BIEBEL, JR.

DATE: October 12, 2007

# <u>Notification of Motion</u>

Date Received: _10-16-07_     Date to be heard: _11-8-07_

Defendant's Name: _Larry Banks_

Case Number: _Oe - 25666 "_

Before Judge: _Lucy_     Room Number: ~~205~~
                                       _1711_

- ☐ **Motion for corrected Mitt-Credit**
- ☐ **Motion for trial transcript**
- ☐ **Motion Common Law record**
- ☐ **Petition to withdraw guilty plea & vacate sentence**     _9994_
- ☐ **Motion to correct Mitt**
- ☐ **Motion for appointment of counsel**
- ☐ **Motion for reconsider or reduce sentence**
- ☐ **Motion for Habeas Corpus Writ**
- ☐ **Petition for relief of judgment**
- ☒ **Other** _Motion - Recuse Judge Lucy_

_10-22-07_

Date entered in computer              File was **NOT** located in office

Date file was received from warehouse     File in courtroom

Where was the file forwarded?          Date file was forwarded

Check mark if the file was ordered
From the warehouse & enter the date
The file was ordered.

Pro-Se

**BANKS, LARRY**    No. **08CR 25666**

| DATE | | PAPERS FILED |
|---|---|---|
| | | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | | PRES. JUDGE ASSIGNMENT DATE: |
| | | BAIL PREVIOUSLY SET $ |
| | | |
| | | |
| | | |

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| | | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE |
| 7-3-07 | CLERKC OFFICE | NOTICE OF APPEAL FIELD |
| 7-10-07 | | NOTICE OF APPEAL MAILED |
| | | APPELATE HEARING DATE ASSIGNED BEFORE PRESIDING JUDGE **7-13-07** |
| 7-13-07 | PAUL P BIEBEL JR | ☐ STATE APPELATE DEFENDER |
| | | ☑ PUBLIC DEFENDER |
| | | ☐ OTHER |
| | | APPOINTED TO REPRESENT THE DEFENDENT ON THE APPEAL |
| | | ☑ FREE REPORT OF PROCEEDINDS, ALLOWED |
| | | |
| | | |
| | | |

r. 4/2/01) CCCR 0605 A        (OVER)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION / MUNICIPAL DEPARTMENT-DISTRICT ——

LINE No.
20

PEOPLE OF THE STATE OF ILLINOIS

v.

BANKS, LARRY

No. 06CR2566601

SID 032042980

IR 1031405

ADDENDUM TO PREVIOUS ORDER SETTING BAIL AND COMMITTING THE DEFENDANT TO THE COOK COUNTY DEPARTMENT OF CORRECTIONS FOR FAILURE TO DEPOSIT BAIL.

## ORDER

THIS MATTER COMING BEFORE THE COURT AND THE COURT BEING FULLY ADVISED IN THE PREMISES, IT IS HEREBY ORDERED:

O/C 4/10/07

Bridgeview

DISPOSITION(S) MUST REFLECT WHICH COUNT(S) THE ORDER(S) IS/ARE APPLICABLE TO.

ENTERED:
DATED: FEBRUARY 27 2007

THOMAS M. DAVY
Judge

Judge's No. 1590

DEPUTY CLERK

PAGE 1 OF 1 PAGES

ROOM/BRANCH 109

at 9:30 AM a.m. / p.m.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

SHE

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION / MUNICIPAL DEPARTMENT-DISTRICT _____ LIN

PEOPLE OF THE STATE OF ILLINOIS

vs.                                    No. _____ 06CR2566601

BANKS, LARRY                           SID___ 032042980

                                       IR _____ 1031405

ADDENDUM TO PREVIOUS ORDER SETTING BAIL AND COMMITTING THE DEFENDANT TO THE CO
COUNTY DEPARTMENT OF CORRECTIONS FOR FAILURE TO DEPOSIT BAIL.

## ORDER

THIS MATTER COMING BEFORE THE COURT AND THE COURT BEING FULLY ADVISED IN THE PREMISES, I
IS HEREBY ORDERED:

DISPOSITION(S) MUST REFLECT WHICH COUNT(S) THE ORDER(S) IS/ ARE APPLICABLE.

ENTERED _____ APRIL  10  2007          _____
                                       THOMAS M. DAVY            1590
                                       JUDGE              No.
DEPUTY CLERK _____

PAGE _1_ OF _1_ PAGES                  ROOM/BRANCH __109

                                       AT _9:30 AM_ AM / PM

### DOROTHY BROWN
### CLERK OF THE CIRCUIT COURT OF COOK COUNTY

CR-MIS707-220M-7/10/02(25291398)                COURT FILE

EXHIBIT CKI #8

**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

DEFENDANT: _Larry Banks_     CASE NUMBER: _06-143092_

## ORDER OF SPECIAL CONDITIONS OF BOND OR RELEASE

If the defendant is released on bond or from custody on this matter, the conditions listed below are applicable:

☒ Not contact or communicate with any complaining witness(es) or member(s) of their immediate family(ies) or

_Quinton Hampton_

except through counsel and until further order of court.

☒ Not possess any firearms or dangerous weapons until final order in this case.

☒ Not go to the area or premises of _5918 S. Rockwell - Chicago_

☒ Not to indulge in intoxicating liquors or ~~certain~~ _illegal_ drugs: _____

☐ Undergo alcoholism or drug addiction treatment as ordered by the court.

☐ Undergo Medical or Psychiatric treatment as ordered by the court.

☐ Work or pursue a course of study or vocational training as ordered by the court.

☐ Attend or reside in a facility designated by the court.

☐ Support your dependents.

☐ Reside with parents or in a foster home, observe curfew set by court _____

☐ Report to and remain under the pretrial supervision of such agency or third party custodian as ordered by the court _____

☐ Other condition(s) _____

DATE: _10·31·06_     ENTER: _____
                                         Judge

                                         Judge's No.

CCG501-20M-Dresden-2/04

SHEET No.
14

LINE No.
19

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
CRIMINAL DIVISION / MUNICIPAL DEPARTMENT-DISTRICT ——

PEOPLE OF THE STATE OF ILLINOIS

v.

BANKS, LARRY

No. _06CR2566601_

SID _032042980_

IR _1031405_

ADDENDUM TO PREVIOUS ORDER SETTING BAIL AND COMMITTING THE DEFENDANT TO THE COOK
COUNTY DEPARTMENT OF CORRECTIONS FOR FAILURE TO DEPOSIT BAIL.

## ORDER

THIS MATTER COMING BEFORE THE COURT AND THE COURT BEING FULLY ADVISED IN THE PREMISES, IT
IS HEREBY ORDERED:

_Trans To Presiding Judge_

_#407_

_12/15/06_

DISPOSITION(S) MUST REFLECT WHICH COUNT(S) THE ORDER(S) IS/ARE APPLICABLE TO.

ENTERED:

DATED: ___NOVEMBER    29    2006___

Judge

Judge's No.
107

DEPUTY CLERK _____

ROOM/BRANCH ___107___

PAGE __1__ OF __1__ PAGES

at ___9:30 AM___ a.m. / p.m.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY

# PRISONER DATA SHEET

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS



**LAST NAME:** BANKS , **FIRST NAME:** LARRY **M** **MIDDLE INITIAL**

Name: LARRY　　　M BANKS　　　Address: 410 ADAMS

City/Town: EUPORA MS　　　　　　　　　　　Zipcode: _____

Case No: 06114309201 M008

IR: 1031405　　　Major
　　　　　　　Charge: 720-5.0/12-4.2　　　No. Counts: 00005

Bail previously Set:　　　　　　　　　　$:

Room:　BRANCH 48　　RM 2　　　　　Time:　0130 PM

Branch: 48　　Address: 155 W. 51ST ST.

　　　　　City/Town:

T H R E E   H U N D R E D   T H O U S A N D　　Bail Set: $:　300,000D

　　　　　　　　　　　　　　　　Collect: $:　30,000

New Court Date: 11/06/2006　Judge: _____　Judge's No.: 1908

　　　　　　　　　　　Bail Reduced/Increased:　$: _____

New Court Date:　　Judge: _____　Judge's No.: _____

New Court Date:　　Judge: _____　Judge's No.: _____

Disposition　(Remain in Custody):

Date:　　　　Judge: _____　Judge's No.:

Disposition　(Release from Custody):

Date:　　　　Judge:　　　　　　　Judge's No.:

Date: 10/31/2006　　Deputy Clerk: ___WILLIAMS,BETTY A___

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COPY NUMBER: ONE　　COURT FILE COPY　　　　　C

Mr. Banks,

Per our conversation,
attached copies are certified w/ seal.
Thanks,
Janice J.
(312-603-7210)



FILED

United States District Court
Northern District Of Illinois
Eastern Division

Larry Maurice Banks, Inc.,  )
              Plaintiff,  )             Case No. 08 CV2468
                     )
      v.  )             Judge Hebbler
                     )
   Dr. Ibraham  )
              Respondent.  )
                     )

## CERTIFICATION OF SERVICE

TO:

Lisa Madigan
Illinois Attorney general's Officer
100 west Randolph Street
Chicago, Il 60601

The Undersigned Larry Maurice Banks, being confined and incarcerated in violation of the Constitution of the United States, does hereby certify that he has on this __day of May, 2008, caused a copy of the following documents filed in connection with the above-captioned case to be served on the above individuals by causing same to be placed in the U.S. Mails depository for outgoing mail of the Elgin Mental Health Center, 750 S. State Street, Elgin, Illinois 60123, first-class postage prepaid, and addressed as above indicated.

1. Motion To Supplement For Writ Of Habeas Corpus
2. Notice of filing

Larry Maurice Banks, Inc.
Larry Maurice Banks

5--16-08
        Date