FILED
JUL 03 2008
JUL 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In The United States District
Court For The Northern
District of Illinois
Eastern Division

Larry M. Banks
vs
Dr. Abraham, Superintendent

08cv2468
Civil No: 08cv2468

Notice of filing

Please Take Notice, the Petitioner has cause to be served on the court this 21 day of June. A true and correct copy of the following, Motion to correct Judgment Pursuant to federal Rule(s) of civil Procedure Rule 6.(b).

Certificate of Service

Please take notice, the Petitioner has cause to be served on the clerk of the United State District court one copy of the following, sent via U.S. postal mail, From Lehmen Drive, P.O. Box 31 Chester, Illinois 62233

Respectfully Submitted

FILED
JUL 03 2008
Jul 3, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT
OF ILLINOIS
EASTERN DIVISION

LARRY M. BANKS

vs

Dr. Abraham, Superintendent
of EMHC.                           Civil No: 08 CV 2468

Motion To Correct Judgment pursuant
To Federal Rules of civil procedure
Rule 60 (b)

Comes Now, Larry M. Banks Pro'se in
want of counsel and submits as Following: Motion
To correct Judgment pursuant to Federal
Rule of civil procedure; Rule 60 (b).

### STATEMENT OF CASE

The Petitioner submitted a "Writ of Habeas
Corpus pursuant to 28 U.S.C. § 2241(c) as
a pre-trial Detainee addressing amongst-
other-things the illegal restraingth of his
liberty in the custody, under the Jurisdiction
of the (State Forum) which Cook County
criminal Division Brought Forth criminal
charge(s) in Bad-Faith for the purpose
of harassment........

The Petitioner invoked Jurisdiction in the
Federal forum pursuant to 28 U.S.C. § 2241(c)
and was challenging amongst other-things
the constitutional violations of the "State
Actors".......

The Petitioner is agreived, by the court order Stating that the petitioner failed to exaust State Remedies, due to the petitioner submitting a Supplemental Exhibit, which References the "Supreme court of Illinois" denial of the Writ of Habeas corpus pursuant to Illinois Constitution of 1970; Article 1 Section 9, the petitioner exausted such Remeies afforded to him through the (State Forum).

The court addressed the matter pursuant to Rule 4, 28 U.S.C. § 2254, which in Nature Touche(s) on (State Defendants in custody by a "State" court Judgment).

Younger vs Harris 91 S.at 746; Astention Doctrine doesn't apply to this case, because of the irreparable injuries, which warrants for "equitable Relief" and the irreparable Damages adds up to Constitutional Depervation.

### Newly Discovered Evidence

The Petitioner ("Banks") called the ARDC inquirying about Attorney "Candace Alexander" and found out Attorney "Candace Alexander" is not an bar Attorney in the "State of Illinois" and on 11-6-06 she was force on the Petitioner by Honorable Adam D. Bourgeois, which was given notice that Petitioner-Defendant Want to Proceed Pro'Se Such Action constitutes a 6th Amendment violation, and a 14th Amendment Violation.

### Jurisdiction Question

The Petitioner cites the Jurisdiction question which is raised. Pursuant to the 6th Amendment grants a Defendant the Right to proceed pro'se, or have an Attorney assistants, due to the petitioner-Defendant not waiving his Right to having an Attorney, Honorable "ADAM D. BOURGEOIS" Forced Attorney "CANDACE ALEXANDER" on the Petitioner-Defendant cause the Petitioner Rights to be waived and invested Jurisdiction to the court, and by such actions Attorney "CANDACE ALEXANDER" failed to secure the Petitioner Right, and waived the challenges, such as to protect "Her" clients Rights....

Due to "CANDACE Alexander" not being an Attorney "she" had no Right to partake in the proceedings, but due to the Judicial official, Honorable: ADAM D. BOURGEOIS the court denied such Rights that the constitution grants to a Person who seeks to invoke his sixth (6th) Amendment Rights to some pro'se.

The Petitioner wasn't afforded the Right to confront the Accusers witnesses or call witnesses of his own, such witnesses as the Defendant could have secure, such as the Transcripts of the Proceedings, But the Honorable, Honorable: ADAM D. BOURGEOIS Denyed the petitioner to secure the colloquy (Transcripts)

Due to the Lawyer not being an Attorney does this perjudice the petitioner-Defendant Yes or No?

Challenge conditions of confinement

The Petitioner is challenging the conditions of confinement, due to the Elgin Mental Health Center lack of a constitutional acceptable law library or an alternative acceptable, means for the (Pre-Trial Detainee) Banks to challenge the Judgment of the "State forum" and the "Federal Forum". The Petitioner (Banks) was transfered to "Chester Mental Health Center" due to his filing a suit against the (D.H.S.).

The (D.H.S.) has intentually inflicted the Petitioner to Amongst-Other-Thing, denial of Equal protection of the Law case No. 94 cv 0055, whereby (CMHC) and the DHS were instructed to conform their facilities to the constitutional Mandate(s) of sufficient legal resources to ensure detainees their fundamental right of access to the courts. See: Walter Vs Thompson. 615 F. Supp. 330, 341 (N.D Ill., 1985) "A" continuing violation of constitutional rights constitutes irreparable inquiry. Id The Undersigned is entitled to the Requested Relief in the "Writ of Habeas Corpus, pursuant to 28 U.S.C. §§ 2241(c))

The Petitioner has been confined in (CMHC) since 11-6-08, and the facility lacks a constitutional acceptable law library or a alternative means for redressing one-self to the court.

## Request Equalitable Relief

A Prosecution that has no reasonable expectation of obtaining a valid conviction is Bad-faith for purposes of the Younger doctrine. Id. Courts have ruled that violations of constitutional rights constitute "irreparable harm" as a matter of law, such as will justify the grant of "Equalitable Relief". Walters vs Thompson, 615 F. Supp. 330, 341 (N.D.Ill., 1985). A continuing violation of constitutional rights constitutes irreparable injury. Id. The Undersigned is entitled to the Request "Equalitable Relief" herein sought because "state actors" have committed crimes in prosecuting him and continue to violate his fundamental right to counsel and assisting in his own defense.

All state court proceedings in the Undersigned's case are in violation of, inter alia, the guarantees of the sixth amendment and due process. When the sixth Amendment is violated the court is without jurisdiction to proceed. Johnson vs Zerbst, 304 U.S. 458, 467-68 (1988). The Undersigned fears that this court will ratify the apparent criminal activity, Judicial and prosecutorial misconduct, and fundamental violation of, inter alia, the federal misprision of felony and dishonest Government services statutes, as well as the deprivation of rights under color of law statute

The Undersigned fears this court will remain silent as to criminal activity on the part of State actors see. Irvine vs People of California, 347 U.S. 128, 139, - 38 (1954) (for the proposition that a federal judge or justice has an Affirmative duty to so Report deprivations of Rights under color of law to the Attorney General). See. also Jenkins vs Anderson, 447 U.S. 231, 244 N 5 (1980).

### Conclusion

The Petitioner ("Banks") Prays this court would Review the case, and carefully Grant the Relief Sought in the case, which is pursuant to 28 U.S.C. §§ 2241(c) For Amongst other-things, the "comity" Doctrine Shouldn't Apply, because irreparable injuries have occured in the instant case. The petitioner seeks for the court to stay proceedings until the Petitioner has a change get to a facility, which has a constitutional Acceptable Alternative means, or a constitutional Acceptable Law Library, without counsel the Petitioner stands no change to get Relief which he seeks.

Respectfully Submitted