

# United States District Court
## Northern District of Illinois

### Notification of Change of Address



J.N  FILED

JUL 17 2008

JUL 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*Please enter the address to which notice should be mailed:*

| | |
|---|---|
| Name: | Larry M. Banks |
| Firm: | Pro'se |
| Street Address: | Lehmen Drive |
| City/State/ZIP: | P.O. Box 81 chester, IL 62233 |
| Phone Number: | Agent Number (84) 033 6319 |

*I previously filed an appearance pursuant to local Rule 83.16 in each of the cases listed below.*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08cv2468 | Writ of Habeas corpus | Hibbler |
| 08cy1044 | Removal Petition | R. Pallmeyer Rebecca |
| | | |
| | | |
| | | |
| | | |
| | | |

| | |
|---|---|
| _____ Attorney's Signature | 7-11-08 _____ Date |